

*CTS*

**ORIGINAL**

DEPARTMENT OF THE TREASURY
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

FILED
RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

2011 MAY 24 PM 3: 51

CLERK OF COURT

| Plaintiff **United States of America** | Court Case Number 4:10-CV-232-A |
|---|---|
| Defendants Bell412ep Helicopter, SN: 36252, Tail No. XA-HVN | Type of Process Settlement Agreement - Final Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

$500,000.00 in U.S. Currency in lieu of the Bell412ep Helicopter, SN: 36252, Tail No. XA-HVN

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
|---|---|---|
| Walt Junker, AUSA<br>Burnett Plaza, Suite 1700<br>801 Cherry St., Unit #4<br>Ft. Worth, Texas | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available for Service) **CATS #10-ICE-000415, Case No. DA07QS10DA0049, Seizure No. 2010-5501-000164-01** - Consistent with the Settlement Agreement attached to the Omnibus Motion to Dismiss Asset Forfeiture Against Tiber, and Orders of Dismissal, dispose of the $500,000.00 in U.S. Currency pursuant to law.
NO APPLICATION FOR STAY OR SUPERSEDEAS BOND HAS BEEN FILED AND NO OTHER REASON EXISTS TO DELAY DISPOSAL OF THE $500,000.00 IN U.S. CURRENCY

| Signature of Attorney or other Originator requesting service on behalf of *Linda G Cook* Linda Cook, Paralegal Specialist for Walt Junker, AUSA | (√) Plaintiff<br>( ) Defendant | Telephone No. 817-252-5251 | Date 4/18/2011 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| il acknowledge receipt for the total number of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE 4/19/11 |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | [ ] A person of suitable age and discretion then residing in the defendant's usual place of above |
|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE 5/19/11  TIME OF SERVICE 10:50 [ ] AM [ ] PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY |

REMARKS: Defendant property was deposited into the *Budget Clearing Account on 4/29/11. The Currency was forfeited effective 1/28/11 the date of filing of the Settlement agreement.* ON 5/19/11

TD F 90-22.48 (6/96)